1  DEBORAH S. TROPP, ESQ. – BAR NO. 162613
   dtropp@mtbattorneys.com
2  CARLY J. ENGLISH, ESQ. – BAR NO. 340721
   cenglish@mtbattorneys.com
3  McNEIL TROPP & BRAUN LLP
   2 Park Plaza, Suite 620
4  Irvine, California  92614
   Ph:  (949) 259-2890; Fax:  (949) 259-2891
5

6  Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION, a Washington
7  Corporation

8
                    UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
                         SOUTHERN DIVISION
10

11

12 | MARTHA MONCADA,                | CASE NO.  8:22-cv-00382
13 |                                |
   |         Plaintiff,             | **DECLARATION OF CARLY J.**
14 |                                | **ENGLISH IN SUPPORT OF NOTICE**
   |   vs.                          | **OF REMOVAL OF ACTION TO**
15 |                                | **FEDERAL COURT UNDER 28 U.S.C. §**
   |                                | **1441(a)**
16 | COSTCO WHOLESALE               |
   | CORPORATION, and DOES 1 TO 100,|
17 | inclusive,                     |
18 |                                |
   |         Defendants,            |
19

20

21 I, Carly J. English, declare as follows:

22     1.   I am an attorney, duly licensed to practice law in the State of

23 California.  I am an associate of the law firm of McNeil Tropp & Braun LLP,

24 attorneys of record herein for Defendant, COSTCO WHOLESALE

25 CORPORATION, a Washington Corporation.  I have personal knowledge of the

26 facts stated herein, and if called as a witness, could and would competently testify

27 hereto.

28

---

1

Case No.: 8:22-cv-00382                   DECLARATION OF CARLY J. ENGLISH IN
                                          SUPPORT OF NOTICE OF REMOVAL OF ACTION
                                          TO FEDERAL COURT UNDER 28 U.S.C. § 1441(a)

2. True and correct copies of Plaintiff MARTHA MONCADA'S Summons, Complaint, Certificate of Assignment, and Civil Case Cover Sheet are attached as **Exhibit A**. These are the only pleadings generated as of date.

3. A true and correct copy of the Proof of Service, establishing Defendant was personally served with the Summons and Complaint on February 10, 2022, is attached hereto as **Exhibit B**. This is the first notice of this action received by Defendant.

4. At the time this action was commenced, and since that time, Plaintiff was and is a resident and citizen of the State of California, with her domicile in the State of California. I am informed of these facts based on Plaintiff's current California residence address.

5. Attached hereto as **Exhibit C** is a true and correct copy of a printout from the California Secretary of State's website for Costco Wholesale Corporation. As depicted in Exhibit C, Costco Wholesale Corporation is incorporated in the State of Washington and its corporate headquarters and principal place of business is located in Washington.

6. Plaintiff filed an unlimited complaint and is seeking monetary damages in excess of $75,000.00. In the Complaint, Plaintiff claims to have suffered (1) wage loss; (2) medical and incidental expenses; (3) general damages; (4) loss of earning capacity; (5) future medical expenses.

7. Plaintiff produced medical records and billing records alleging medical specials and economic damages in excess of $75,000 not including general damages.

8. A true and correct copy of the Notice to Adverse Parties of Removal of Case to Federal Court is attached to hereto as **Exhibit D**.

///

2

Case No.: 8:22-cv-00382   DECLARATION OF CARLY J. ENGLISH IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(a)

I declare under penalty of perjury under the laws of the United States of America and California that the foregoing is true and correct.

Executed March 10, 2022, at Irvine, California.

                          /s/ Carly J. English
                          CARLY J. ENGLISH

# CERTIFICATE OF SERVICE

I hereby certify on March 10, 2022, I electronically filed the foregoing: **DECLARATION OF CARLY J. ENGLISH IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(a) (DIVERSITY)** with the Clerk of the Court for the United States District Court, Central District of California by using the Central District CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the USDC-Central District of California CM/ECF system.

I further certify that participants in the case not registered to as CM/ECF users have been mailed a true and correct copy of the above described documents by First Class Mail, postage pre-paid, to the following non-CM/ECF participants:

Aaron Brown, Esq.
California Trial Team P.C.
313 N. Birch Street, Suite 100
Long Beach, CA 90802
aaron@caltrialteam.com

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☑ **FEDERAL:** I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed on March 10, 2022, at Irvine, California.

*/s/ Carly J. English*
CARLY J. ENGLISH

---

4

Case No.: 8:22-cv-00382

DECLARATION OF CARLY J. ENGLISH IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(a)