# EXHIBIT "A"

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

COSTCO WHOLESALE CORPORATION and Does 1 to 100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MARTHA MONCADA

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Superior Court of California<br><br>XXXXXXXXXX West Justice Center<br>XXXXXXXXXX 8141 13th Street<br>XXXXXXXXXX Westminster, CA 92683 XXXXXXXXXXXXXXXX | CASE NUMBER:<br>*(Número del Caso):*<br><br>30-2022-01239986-CU-PO-WJC<br><br>Judge Richard Lee |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Aaron Brown, California Trial Team P.C.; 444 W. Ocean Blvd. #1750, Long Beach, CA 90802, 562-495-8405

| DATE:<br>*(Fecha)* 01/10/2022 | DAVID H. YAMASAKI, Clerk of the Court | Clerk, by<br>*(Secretario)* H. McMaster | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*   Hailey McMaster

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Costco Wholesale Corporation
   under: ☒ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courtinfo.ca.gov* |
|---|---|---|

**PLD-PI-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Aaron Brown, SBN 277981<br>CALIFORNIA TRIAL TEAM P.C.<br>444 W. Ocean Blvd., Suite 1750<br>Long Beach, CA 90802<br>TELEPHONE NO: 562-495-8405 FAX NO. *(Optional)*: 562-485-4719<br>E-MAIL ADDRESS *(Optional)*: aaron@caltrialteam.com<br>ATTORNEY FOR *(Name)*: MARTHA MONCADA | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: **West Justice Center** √est
MAILING ADDRESS: **8141 13th Street**
CITY AND ZIP CODE:
BRANCH NAME: **Westminster, CA 92683**

PLAINTIFF: MARTHA MONCADA

DEFENDANT: COSTCO WHOLESALE CORPORATION
and
[✔] DOES 1 TO 100

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** *(Number)*:
Type *(check all that apply)*:
[ ] **MOTOR VEHICLE** [✔] **OTHER** *(specify)*: Premises Liability
[ ] **Property Damage** [ ] **Wrongful Death**
[✔] **Personal Injury** [ ] **Other Damages** *(specify)*:

Jurisdiction *(check all that apply)*:
[ ] **ACTION IS A LIMITED CIVIL CASE**
**Amount demanded** [ ] **does not exceed $10,000**
[ ] **exceeds $10,000, but does not exceed $25,000**
[✔] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
[ ] **from limited to unlimited**
[ ] **from unlimited to limited**

CASE NUMBER:

30-2022-01239986-CU-PO-WJC

**Assigned for All Purposes**
Judge Richard Lee

1. Plaintiff *(name or names)*: MARTHA MONCADA
   alleges causes of action against **defendant** *(name or names)*:
   COSTCO WHOLESALE CORPORATION and Does 1 to 100
2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
*www.courtinfo.ca.gov*

PLD-PI-001

| SHORT TITLE:<br>MONCADA v. COSTCO WHOLESALE CORPORATION | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):

    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
  a. ☑ **except** defendant (name): COSTCO WHOLESALE    c. ☐ **except** defendant (name):
    (1) ☐ a business organization, form unknown      (1) ☐ a business organization, form unknown
    (2) ☑ a corporation      (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):      (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):      (4) ☐ a public entity (describe):

    (5) ☐ other (specify):      (5) ☐ other (specify):

  b. ☐ **except** defendant (name):      d. ☐ **except** defendant (name):
    (1) ☐ a business organization, form unknown      (1) ☐ a business organization, form unknown
    (2) ☐ a corporation      (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):      (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):      (4) ☐ a public entity (describe):

    (5) ☐ other (specify):      (5) ☐ other (specify):

    ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☑ Doe defendants (specify Doe numbers): 1-100     were the agents or employees of other
    named defendants and acted within the scope of that agency or employment.
  b. ☑ Doe defendants (specify Doe numbers): 1-100     are persons whose capacities are unknown to
    plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, **and**
  a. ☐ has complied with applicable claims statutes, **or**
  b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MONCADA v. COSTCO WHOLESALE CORPORATION | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☑ loss of earning capacity
   g. ☑ other damage *(specify):*

       and interest thereon.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date:  1-10-2022

Aaron Brown
_____
(TYPE OR PRINT NAME)

▶ *[signature]*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(4)

| | |
|---|---|
| SHORT TITLE:<br>Moncada v. Costco | CASE NUMBER: |

**One**
_____
(number)

## CAUSE OF ACTION—Premises Liability

Page  4

ATTACHMENT TO [�· ] Complaint   [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. *(name):* Martha Moncada

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* January 22, 2020                    plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury):*
Plaintiff slipped and fell due to a blueberry on the floor at Costco, 11000 Garden Grove Blvd, Garden Grove, CA 92843.

Prem.L-2. [�· ] **Count One—Negligence** The defendants who negligently owned, maintained, managed and
operated the described premises were *(names):*
COSTCO WHOLESALE CORPORATION

[�· ] Does 1_____ to 100_____

Prem.L-3. [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*

[ ] Does _____ to _____

Plaintiff, a recreational user, was [ ] an invited guest   [ ] a paying guest.

Prem.L-4. [ ] ***Count Three—Dangerous Condition of Public Property*** The defendants who owned public property
on which a dangerous condition existed were *(names):*

[ ] Does _____ to _____

a. [ ] The defendant public entity had [ ] actual   [ ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.

b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5.a. [�· ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other
defendants and acted within the scope of the agency were *(names):*

[�· ] Does 1_____ to 100_____

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California  PLD-
PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

Aaron Brown, SBN 277981
Angel Silva, SBN 334083
CALIFORNIA TRIAL TEAM P.C.
444 W. Ocean Blvd., Suite 1750
Long Beach, CA 90802
562-495-8405, fax 562-495-4719
aaron@caltrialteam.com
asilva@caltrialteam.com

Attorneys for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE

| MARTHA MONCADA, Plaintiff | Case No.: 30-2022-01239986-CU-PO-WJC |
|---|---|
| v. | PLAINTIFF'S NOTICE OF POSTING JURY FEES AND DEMAND FOR JURY TRIAL |
| COSTCO WHOLESALE CORPORATION and Does 1 to 100, Defendants | |

Plaintiff MARTHA MONCADA posts jury fees of $150 and demands trial by jury.

Date:   1-10-2022          CALIFORNIA TRIAL TEAM P.C.

Aaron Brown
Angel Silva
Attorney for Plaintiff

PLAINTIFF'S NOTICE OF POSTING JURY FEES AND DEMAND FOR JURY TRIAL

Exhibit A1 000007

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Aaron Brown, SBN 277981;<br>CALIFORNIA TRIAL TEAM P.C.<br>444 W. Ocean Blvd., Suite 1750, Long Beach, CA 90802<br><br>TELEPHONE NO.: 562-495-8405    FAX NO. (Optional): 562-495-4719<br>E-MAIL ADDRESS (Optional): aaron@caltrialteam.com<br>ATTORNEY FOR (Name): Plaintiff    Bar No: 277981 | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
- [ ] Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
- [ ] Harbor – Newport Beach Facility, 4601 Jamboree Rd., Newport Beach, CA 92660
- [ ] Lamoreaux - 341 The City Drive South, Orange, CA 92868-3205
- [ ] North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838
- [✔] West – 8141 13th Street, Westminster, CA 92683

| PLAINTIFF/PETITIONER:<br>Martha Moncada | CASE NUMBER:<br>30-2022-01239986-CU-PO-WJC |
|---|---|
| DEFENDANT/RESPONDENT:<br>Costco Wholesale Corporation | JUDICIAL OFFICER:<br>Richard Y. Lee |
| **DECLARATION IN SUPPORT OF MOTION<br>RE DISQUALIFICATION OF JUDICIAL OFFICER<br>PURSUANT TO C.C.P. 170.6** | DEPARTMENT:<br><br>W15 |

I am [ ] a party [✔] the attorney for a party in the above entitled case and declare that

RICHARD Y. LEE _____, the judicial officer before whom the trial or hearing in this action or special proceeding is pending, or to whom this case is assigned, is prejudiced against the party or the party's attorney, or the interest of the party or party's attorney, such that the declarant cannot, or believes that he/she cannot, have a fair and impartial trial or hearing before the judicial officer.

This judicial officer [ ] has [✔] has not presided over a hearing, motion, or other proceeding in the past in this case.

Pursuant to the provisions of Code of Civil Procedure section 170.6, I request that this case be assigned to another judicial officer for further proceedings.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Date: 01/13/2022 _____


_____          _____
Aaron Brown                                        (Signature of declarant)

_____          _____
(Type or print name)                              (Signature of declarant)


Form L-0292
Optional Form
Revised February 4, 2014

**DECLARATION IN SUPPORT OF MOTION
RE DISQUALIFICATION OF JUDICIAL OFFICER PURSUANT TO C.C.P. 170.6**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 8141 13th STREET<br>MAILING ADDRESS: 8141 13th Street<br>CITY AND ZIP CODE: Westminster 92683<br>BRANCH NAME: West Justice Center | FOR COURT USE ONLY<br>**FILED**<br>*SUPERIOR COURT OF CALIFORNIA*<br>*COUNTY OF ORANGE* |
|---|---|
| PLANTIFF: Martha Moncada | **Jan 10, 2022** |
| DEFENDANT: Costco Wholesale Corporation | Clerk of the Court<br>By: Hailey McMaster, Deputy |
| Short Title: MONCADA VS. COSTCO WHOLESALE CORPORATION | |
| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2022-01239986-CU-PO-WJC |

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>06/16/2022</u> at <u>01:30:00 PM</u> in Department <u>W15</u> of this court, located at <u>West Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html

Clerk of the Court, By: _H. McMaster_ , Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

West Justice Center
8141 13th STREET
Westminster 92683

**SHORT TITLE:** MONCADA VS. COSTCO WHOLESALE CORPORATION

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**30-2022-01239986-CU-PO-WJC** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above <u>Notice of Hearing</u> has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at <u>Westminster</u>, <u>California</u>, on <u>01/10/2022</u>. Following standard court practice the mailing will occur at <u>Sacramento</u>, <u>California</u> on <u>01/11/2022</u>.

Clerk of the Court, by: *H. McMaster* _____ , Deputy

CALIFORNIA TRIAL TEAM P.C.
444 W OCEAN BOULEVARD # 1750
LONG BEACH, CA 90802

**V3 1013a (June 2004)**                                                                 Code of Civil Procedure , § CCP1013(a)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT ONLY |
|---|---|
| Aaron Brown, SBN 277981<br>CALIFORNIA TRIAL TEAM P.C.<br>444 W. Ocean Blvd., Suite 1700<br>Long Beach, CA 90802<br>TELEPHONE NO.: 562-495-8405   FAX NO.: 562-485-4719<br>ATTORNEY FOR *(Name):* MARTHA MONCADA | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: West Justice Center est
MAILING ADDRESS:
CITY AND ZIP CODE: 8141 13ᵗʰ Street
BRANCH NAME: Westminster, CA 92683

CASE NAME:
MONCADA v. COSTCO WHOLESALE CORPORATION

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| ☑ **Unlimited**<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ **Limited**<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ **Counter**  ☐ **Joinder**<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 30-2022-01239986-CU-PO-WJC |
| | | | JUDGE: Judge Richard Lee |
| | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☑ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):* One - Premises Liability
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 1-10-2022

Aaron Brown
_____
(TYPE OR PRINT NAME)          ▶  *(signature)*  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |

Exhibit A - 00001

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
      or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-
    domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
    Claim
  Other Civil Petition

Exhibit A - 000012

# EXHIBIT "B"

POS-010

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>AARON BROWN              SBN 277981<br>CALIFORNIA TRIAL TEAM P.C.<br>444 W. OCEAN BLVD.<br>SUITE 1750<br>LONG BEACH CA 90802<br>562-495-8405<br><br>ATTORNEY FOR:      PLAINTIFF | |

CLERK OF THE SUPERIOR COURT, ORANGE
CIVIL COMPLEX CENTER
751 W. SANTA ANA BLVD.

SANTA ANA,CA 92701

| PLAINTIFF/PETITIONER:      MONCADA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:      COSTCO | **30-2022-01239986** |

| **PROOF OF SERVICE OF SUMMONS** | REF NO. OR FILE NO.:<br>**C49689/MONCADA-SERVICE** |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

>  SUMMONS AND COMPLAINT
>  PLAINTIFF'S NOTICE OF POSTING JURY FEES AND DEMAND FOR JURY TRIAL
>  DECLARATION IN SUPPORT OF MOTION RE DISQUALIFICATION OF JUDICIAL OFFICER PURSUANT TO C.C.P.170.6
>  NOTICE OF HEARING CASE MANAGEMENT CONFERENCE
>  CIVIL CASE COVER SHEET

3. a. Party served:

>  COSTCO WHOLESALE CORPORATION BY SERVING THE AGENT FOR SERVICE OF PROCESS, CT CORPORATION

   b. Person served:

>  SARAI MARIN

   Title:

>  INTAKE SPECIALIST

4. Address where party was served:

>  330 N. BRAND BLVD.
>  #700
>  GLENDALE CA 91203

5. I served the party

   a. BY PERSONAL SERVICE. I personally delivered the documents listed

Form Adopted for Mandatory Use
Judicial Council of California POS-010
(Rev. July, 2012)

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure,  417.10
Invoice No.:  820002

Exhibit B - 000002

| PLAINTIFF/PETITIONER: | MONCADA | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | COSTCO | 30-2022-01239986 |

in item 2 to the party or person authorized to receive service
of process for the party
(1) ON: 02/10/22  (2) AT: 11:47 AM

6  The "Notice to the Person Served" was completed as follows:
on behalf of : COSTCO WHOLESALE CORPORATION BY SERVING THE AGENT
    FOR SERVICE OF PROCESS, CT CORPORATION

        under CCP 416.10 (Corporation)

7.  **Person who served papers**
    a.  Name:                         PIERCE TAING
    b.  Address:                      P.O. 91985 LONG BEACH, CA 90809
    c.  Telephone Number:      562/595-1337
    d.  The fee for service was:          65.00
    e.  I am:
        (3) registered California process server:
            (i)   Employee or independent contractor.
            (ii)  Registration No.:            2017084744 Expires: 07/12/22
            (iii) County:             LOS ANGELES

8.  **I declare**       under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.

02/11/22

**PIERCE TAING**

SIGNAL ATTORNEY SERVICE, INC., LOS ANGELES CO. REG# 4943, EXPIRES

Form Adopted for Mandatory Use
Judicial Council of California POS-010
(Rev. July, 2012)

**PROOF OF SERVICE OF SUMMONS**

Exhibit B - 000003

Code of Civil Procedure, 417.10
Invoice No.:      820002

# EXHIBIT "C"

Exhibit C - 000001



**Shirley N. Weber, Ph.D.**
**California Secretary of State**

# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, March 9, 2022. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1587907   COSTCO WHOLESALE CORPORATION

| | |
|---|---|
| **Registration Date:** | 06/05/1987 |
| **Jurisdiction:** | WASHINGTON |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **C T CORPORATION SYSTEM (C0168406)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 999 LAKE DRIVE |
| | ISSAQUAH WA 98027 |
| **Entity Mailing Address:** | P.O. BOX 35005 |
| | SEATTLE WA 98124 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of June.

| Document Type ⬍ | File Date ⬍ | PDF |
|---|---|---|
| PUBLICLY TRADED DISCLOSURE | 01/03/2022 | |
| PUBLICLY TRADED DISCLOSURE | 04/01/2021 | |
| SI-NO CHANGE | 03/31/2021 | |
| PUBLICLY TRADED DISCLOSURE | 01/24/2020 | |
| SI-COMPLETE | 06/27/2019 | |
| PUBLICLY TRADED DISCLOSURE | 12/28/2018 | |
| PUBLICLY TRADED DISCLOSURE | 01/22/2018 | |
| PUBLICLY TRADED DISCLOSURE | 01/13/2017 | |

Exhibit C - 000002

| Document Type ⇅ | File Date ⬇ | PDF |
|---|---|---|
| PUBLICLY TRADED DISCLOSURE | 01/11/2016 | |
| PUBLICLY TRADED DISCLOSURE | 01/12/2015 | |
| PUBLICLY TRADED DISCLOSURE | 01/16/2014 | |
| PUBLICLY TRADED DISCLOSURE | 01/17/2013 | |
| PUBLICLY TRADED DISCLOSURE | 01/24/2012 | |
| PUBLICLY TRADED DISCLOSURE | 01/21/2011 | |
| PUBLICLY TRADED DISCLOSURE | 01/22/2009 | |
| PUBLICLY TRADED DISCLOSURE | 01/09/2008 | |
| PUBLICLY TRADED DISCLOSURE | 01/16/2007 | |
| PUBLICLY TRADED DISCLOSURE | 01/26/2006 | |
| PUBLICLY TRADED DISCLOSURE | 06/29/2004 | |
| PUBLICLY TRADED DISCLOSURE | 09/11/2003 | Image unavailable. Please request paper copy. |
| AMENDED REGISTRATION | 01/22/1988 | |
| REGISTRATION | 06/05/1987 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| **Modify Search** | **New Search** | **Back to Search Results** |

Exhibit C - 000003

https://businesssearch.sos.ca.gov/CBS/Detail                                                                    2/2

# EXHIBIT "D"

1 | DEBORAH S. TROPP, ESQ. – BAR NO. 162613
CARLY J. ENGLISH, ESQ. – BAR NO. 340721
2 | MCNEIL, TROPP & BRAUN, LLP
2 Park Plaza, Suite 620
3 | Irvine, California 92614
(949) 259-2890; Fax: (949) 259-2891
4 | dtropp@mtbattorneys.com; cenglish@mtbattorneys.com

5 | Attorneys for Defendant COSTCO WHOLESALE CORPORATION

6

7

8 | SUPERIOR COURT OF CALIFORNIA

9 | COUNTY OF ORANGE, WEST JUSTICE CENTER

10

11 | MARTHA MONCADA,

12

13 |                Plaintiff,

14 |     vs.

15

16 | COSTCO WHOLESALE CORPORATION;
and DOES 1 to 100, Inclusive,

17

18 |                Defendants.

CASE NO. 30-2022-0123986-CU-PO-WJC
UNLIMITED CIVIL CASE

ASSIGNED FOR ALL PURPOSES TO:
JUDGE ROBERT MOSS
DEPARTMENT C14

**DEFENDANT'S NOTICE TO ADVERSE
PARTIES OF REMOVAL OF CASE TO
FEDERAL COURT
UNDER 28 U.S.C § 1441 (a) (DIVERSITY)**

COMPLAINT FILED: January 4, 2022

19

20 |       **TO PLAINTIFF, MARTHA MONCADA, AND TO HER COUNSEL OF RECORD:**

21 |       **NOTICE IS HEREBY GIVEN** that Defendant, COSTCO WHOLESALE

22 | CORPORATION, a Washington Corporation, has filed a Notice of Removal of the above-

23 | captioned action, a copy of which is attached hereto as Exhibit "A" (without exhibits), with the

24 | United States District Court for the Central District of California, Southern Division.

25 | ///

26 | ///

27 | ///

28

**PLEASE TAKE FURTHER NOTICE** that pursuant to 28 U.S.C. § 1446(d) the filing of said Notice in the United States District Court, together with the filing of said Notice with this Court, effects the removal of this action and the above-captioned Court may proceed no further unless and until the case has been remanded.

DATED: March 10, 2022                                          McNEIL TROPP & BRAUN LLP


By:_____
   DEBORAH S. TROPP
   CARLY J. ENGLISH
   Attorneys for Defendant COSTCO
   WHOLESALE CORPORATION

**PROOF OF SERVICE**
C.C.P. §1013a, C.R.C. 2.301(3), 2.306

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF ORANGE             )

    I am employed in the aforesaid County, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 2 Park Plaza, Suite 620, Irvine, California 92614.

    On March 10, 2022, I served the foregoing document described as **DEFENDANT'S NOTICE TO ADVERSE PARTIES OF REMOVAL OF CASE TO FEDERAL COURT UNDER 28 U.S.C § 1441 (a) (DIVERSITY)** on the interested parties in this action by:

**Placing \_\_\_the original \_\_X\_ a true copy thereof, enclosed in a sealed envelope, addressed as follows on the attached SERVICE LIST.**

\_\_\_\_\_  **BY MAIL**:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

\_\_\_\_\_  **BY FACSIMILE TRANSMISSION**:  From FAX No. (949) 259-2891 the facsimile number(s) and addressee(s) stated on the attached SERVICE LIST. The facsimile machine I used complied with Rule 2.301(3), and no error was reported by the machine.  Pursuant to Rule 2.306(h), I caused the machine to print a record of the transmission and attached it to the document contained in our file, a copy of which is available upon request.

\_\_\_\_\_  **BY PERSONAL SERVICE**:  I caused such envelope to be delivered by hand to the offices of the addressee.

 √  **BY ELECTRONIC TRANSMISSION ONLY:**  Service is completed by e-mail of the document(s) to the person at the e-mail address(es) listed on the attached service list, based on notice provided on March 18, 2020 that, during the Coronavirus (COVID-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore only using electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after transmission.

 √  **STATE**:  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

\_\_\_\_\_  **FEDERAL**:  I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

    Executed on March 10, 2022, at Irvine, California.

 

_____
Danielle Stolar

---

3
DEFENDANT'S NOTICE TO ADVERSE PARTIES OF REMOVAL OF CASE TO FEDERAL COURT
UNDER 28 U.S.C § 1441 (a) (DIVERSITY)

1

## <u>SERVICE LIST</u>

2

3
**<u>MONCADA V. COSTCO, ET AL.</u>**
**OUR FILE NO.: 4700.94**

4

| Aaron Brown, Esq. | Attorneys for Plaintiff MARTHA MONCADA |
|---|---|
| California Trial Team P.C. | (562) 485-4719 |
| 313 N. Birch Street, Suite 100 | Fax: (562) 485-4719 |
| Long Beach, CA 90802 | aaron@caltrialteam.com |
| | |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S NOTICE TO ADVERSE PARTIES OF REMOVAL OF CASE TO FEDERAL COURT
UNDER 28 U.S.C. § 1441(b) (DIVERSITY)